| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gerrard, John M. | 2. Court or Organization<br><br>U.S. District Court, Nebraska | 3. Date of Report<br><br>05/04/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>[✓] Nomination,    Date 05/04/2011<br>[ ] Initial    [ ] Annual    [ ] Final<br><br>5b. [ ] Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>04/28/2011 |
| 7. Chambers or Office Address<br><br>Robert F. Denney Federal Building<br>& U.S. Courthouse<br>100 Centennial Mall North, #586<br>Lincoln, Nebraska 68508 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[✓] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/04/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | State of Nebraska judge salary | $43,250.00 |
| 2. 2010 | State of Nebraska judge salary | $126,040.00 |
| 3. 2010 | University of Nebraska College of Law - commencement address honorarium | $500.00 |
| 4. 2009 | State of Nebraska judge salary | $124,412.00 |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011, 2010 | University of Nebraska Health Center - psychiatric nurse practitioner salary |
| 2. 2011, 2010 | Bryan LGH Physician Network, Inc. - psychiatric nurse practitioner salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Bank | Personal note | K |
| 2. Key Bank | Education loan | K |
| 3. Nelnet | Education loan | J |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. U.S. Bank Checking Account | A | Interest | J | T | | | | | |
| 2. Charles Schwab Market Account | A | Interest | J | T | | | | | |
| 3. ABT Common Stock | A | Dividend | J | T | | | | | |
| 4. BRKB Common Stock | | None | J | T | | | | | |
| 5. CSCO Common Stock | | None | J | T | | | | | |
| 6. CVX Common Stock | A | Dividend | J | T | | | | | |
| 7. DEO Common Stock | A | Dividend | J | T | | | | | |
| 8. EMR Common Stock | A | Dividend | J | T | | | | | |
| 9. EXPD Common Stock | A | Dividend | J | T | | | | | |
| 10. FTE Common Stock | A | Dividend | J | T | | | | | |
| 11. GFAFX Growth Fund | A | Interest | J | T | | | | | |
| 12. HCP Common Stock | A | Dividend | J | T | | | | | |
| 13. IBSCX Small Cap Fund | | None | J | T | | | | | |
| 14. LVLT Common Stock | | None | J | T | | | | | |
| 15. OKS Common Stock | A | Dividend | J | T | | | | | |
| 16. ORCL Common Stock | | None | J | T | | | | | |
| 17. PTTRX Institutional Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 5 of 7

Name of Person Reporting

Gerrard, John M.

Date of Report

05/04/2011

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. RERGX Growth Fund | | None | J | T | | | | | |
| 19. RFNGX Growth Fund | | None | J | T | | | | | |
| 20. SNY Common Stock | A | Dividend | J | T | | | | | |
| 21. TCLFX Investment Fund | | None | J | T | | | | | |
| 22. TEVA Common Stock | A | Dividend | J | T | | | | | |
| 23. TIP Bond Fund | A | Dividend | K | T | | | | | |
| 24. VALE Common Stock | A | Dividend | J | T | | | | | |
| 25. VFORX Investment Fund | | None | J | T | | | | | |
| 26. VIPSX Securities Fund | A | Dividend | J | T | | | | | |
| 27. WEFIX Bond Fund | A | Dividend | J | T | | | | | |
| 28. WR Common Stock | A | Dividend | J | T | | | | | |
| 29. American General Universal Life Insurance | | None | J | T | | | | | |
| 30. Genworth Adjustable Life Insurance | | None | J | T | | | | | |
| 31. Nebraska Judges Retirement System (no control) | A | Interest | J | T | | | | | |
| 32. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | | |
|---|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 21 | 581 | Notes payable to banks-secured | | | | |
| U.S. Government securities-Series EE bonds | | 1 | 000 | Notes payable to banks-unsecured | | | 47 | 500 |
| Listed securities-see schedule | | 191 | 882 | Notes payable to relatives | | | | |
| Unlisted securities | | | | Notes payable to others | | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | | |
| Due from others | | | | Other unpaid income and interest | | | | |
| Doubtful | | | | Real estate mortgages payable-personal residence | | | 413 | 000 |
| Real estate owned-personal residence | | 415 | 000 | Chattel mortgages and other liens payable | | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | | |
| Autos and other personal property | | 85 | 000 | - Education loans | | | 83 | 000 |
| Cash value-life insurance | | 11 | 141 | | | | | |
| Other assets itemize: | | | | | | | | |
| - Nebraska Judges Retirement System | | 158 | 131 | | | | | |
| | | | | | | | | |
| | | | | Total liabilities | | | 543 | 500 |
| | | | | Net Worth | | | 340 | 235 |
| Total Assets | | 883 | 735 | Total liabilities and net worth | | | 883 | 735 |
| CONTINGENT LIABILITIES (none) | | | | GENERAL INFORMATION | | | | |
| As endorser, comaker or guarantor on leases or contracts (educ. loan) | | 16 | 500 | Are any assets pledged? (Add schedule) | | No | | |
| Legal Claims | | | | Are you defendant in any suits or legal actions? | | No | | |
| Provision for Federal Income Tax | | | | Have you ever taken bankruptcy? | | No | | |
| Other special debt | | | | | | | | |

### Listed Securities

| | |
|---|---:|
| ABT | $ 4,905 |
| BRKB | 12,544 |
| CSCO | 3,430 |
| CVX | 10,749 |
| DEO | 7,622 |
| EMR | 5,843 |
| EXPD | 5,015 |
| FTE | 4,502 |
| GFAFX | 1,272 |
| HCP | 3,794 |
| IBSCX | 11,007 |
| LVLT | 156 |
| OKS | 8,235 |
| ORCL | 3,343 |
| PTTRX | 1,995 |
| RERGX | 619 |
| RFNGX | 9,425 |
| SNY | 10,566 |
| TCLFX | 6,420 |
| TEVA | 10,034 |
| TIP | 21,832 |
| VALE | 13,340 |
| VFORX | 7,008 |
| VIPSX | 11,957 |
| WEFIX | 8,343 |
| WR | 7,926 |
| **Total Listed Securities** | **$191,882** |